## Mitchell, Appellant, *v.* Public Service Commission (No. 2).

OPINION BY KELLER, J., December 14, 1922:

The same question arises in this appeal as was decided adversely to the same appellant in No. 35, April Term, 1923 [the preceding case]. The same judgment will be entered.

The appeal is dismissed and the order of the commission is affirmed at the costs of the appellant.